COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
SAMANTHA A. KIRBY (307917)
(skirby@cooley.com)
ZANETA J. KIM (317844)
(zkim@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, STEVEN ANDERSON, J. WILLIAM GURLEY, MARKA HANSEN, KIRSTEN LYNCH, SHARON MCCOLLAM, and MIKKEL SVANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SABRINA ROYER, Derivatively on Behalf of STITCH FIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> KATRINA LAKE, STEVEN ANDERSON, J. WILLIAM GURLEY, MARKA HANSEN, KIRSTEN LYNCH, SHARON MCCOLAM, and MIKKEL SVANE, <br><br> Defendants, <br><br> -and- <br><br> STITCH FIX, INC., <br><br> Nominal Defendant. | Case No. 4:18-cv-07475-JD <br><br> **JOINT STATUS UPDATE REGARDING STAY OF PROCEEDINGS AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JT. STATUS UPDATE RE STAY AND
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
4:18-CV-07475-JD

Pursuant to the Court's Order to Stay Derivative Action on June 5, 2019 (ECF No. 24), Plaintiff and Defendants in the above-captioned action (collectively, the "Parties") provide the following Joint Status Update regarding the securities class action captioned *In re Stitch Fix, Inc. Securities Litigation.*, Case No.: 3:18-cv-06208-JD (the "Securities Litigation") and request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 23.1(c).

On March 4, 2019, the Parties filed a joint stipulation to stay the proceedings until (1) the Securities Litigation is dismissed with prejudice, and all appeals related thereto have been exhausted; or (2) the motion to dismiss the Securities Litigation is denied; or (3) either of the Parties gives ten (10) days' notice that they no longer consent to the stay. The Parties also agreed to notify the Court, within fifteen (15) court days, of (1) the dismissal of the Securities Litigation with prejudice, and the exhaustion of all appeals related thereto; or (2) the denial of any motion to dismiss the Securities Litigation; or (3) either of the Parties giving notice that they no longer consent to the stay. (ECF No. 17.) The Court entered the stay stipulation on June 5, 2019. (ECF No. 24.)

On September 20, 2021, the Securities Litigation was dismissed with prejudice.

On October 1, 2021, the Court in the Securities Litigation issued a judgment pursuant to Federal Rule of Civil Procedure 58 and closed the case.

On October 29, 2021, the plaintiff in the Securities Litigation filed a notice of appeal initiating an appeal in the Ninth Circuit, No. 21-16837.

On October 19, 2022, the Ninth Circuit issued a Memorandum affirming the dismissal with prejudice of the Securities Litigation.

On November 10, 2022, the Ninth Circuit issued a Mandate pursuant to Federal Rule of Appellate Procedure 41(a) giving effect to the Ninth Circuit's Memorandum.

The plaintiff in the Securities Litigation did not file a petition for a writ of certiorari by January 17, 2023, the deadline set by Supreme Court Rule 13.

As such, the Parties hereby notify the Court that (1) the Securities Litigation has been dismissed with prejudice, and all appeals related thereto have been exhausted; and (2) in light thereof, the Parties agree that this derivative action should be dismissed without prejudice and with each party to bear its own costs.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

JT. STATUS UPDATE RE STAY AND
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
4:18-CV-07475-JD

| | | |
|---|---|---|
| 1 | Dated: February 7, 2023 | **COOLEY LLP** |
| 2 | | |
| 3 | | */s/ Patrick E. Gibbs* |
| 4 | | Patrick E. Gibbs (183174) |
| 5 | | Attorneys for Defendants STITCH FIX, INC., KATRINA LAKE, STEVEN ANDERSON, J. WILLIAM GURLEY, MARKA HANSEN, KIRSTEN LYNCH, SHARON MCCOLLAM, and MIKKEL SVANE |
| 7 | Dated: February 7, 2023 | **GREEN & NOBLIN, P.C.** |

*/s/ Robert S. Green*
Robert S. Green
James Robert Noblin
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

Attorneys for Plaintiff SABRINA ROYER

\* \* \*

**ORDER**

IT IS SO ORDERED.

Dated: February 15, 2023

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT

Cooley LLP
Attorneys At Law
Palo Alto

2

Jt. Status Update re Stay and
[Proposed] Order of Voluntary Dismissal
4:18-cv-07475-JD

**RULE 5-1 ATTESTATION**

I, Patrick E. Gibbs, am the ECF user whose ID and password are being used to file this Joint Status Update Regarding Stay of Proceedings and [Proposed] Order of Voluntary Dismissal. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that the above signatories have concurred in this filing.

Dated: February 7, 2023

/s/ Patrick E. Gibbs
Patrick E. Gibbs (183174)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

JT. STATUS UPDATE RE STAY AND
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL
4:18-CV-07475-JD